# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00164-CR

**Crystal N. Taylor, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE CRIMINAL DISTRICT COURT NO. 3 OF TARRANT COUNTY**
**NO. 0806194A, HONORABLE DONALD LEONARD, JUDGE PRESIDING**

A jury found appellant Crystal N. Taylor guilty of possessing less than four grams of cocaine. *See* Tex. Health & Safety Code Ann. ' 481.115(a), (c) (West Supp. 2002). The court assessed punishment at imprisonment for five years and a $500 fine, suspended imposition of sentence, and placed appellant on community supervision.

Appellant=s sole point of error complains of a statement made by the prosecutor during jury argument. She did not object to the statement, however, and therefore failed to preserve the matter for review. *Mathis v. State*, 67 S.W.3d 918, 926-27 (Tex. Crim. App. 2002). The point of error is overruled.

The judgment of conviction is affirmed.

_____

Jan P. Patterson, Justice

Before Chief Justice Aboussie, Justices Patterson and Puryear

Affirmed

Filed:   November 15, 2002

Do Not Publish